EFiled: Apr 29 2024 11:57AM EDT
Filing ID 72850232
Case Number 273,2023

IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BRIAN SKINNER, | § | |
| | § | No. 273, 2023 |
| Defendant Below, Appellant, | § | |
| | § | Court Below—Court of |
| v. | § | Chancery of the State of |
| | § | Delaware |
| STONE & PAPER INVESTORS, | § | |
| LLC, JOHN DIAMOND, DIAMOND | § | C.A. No. 2018-0394 |
| CARTER TRADING, LLC, and | § | |
| ALBERT CARTER,[1] | § | |
| | § | |
| Plaintiff and Counterclaim and | § | |
| Third-Party Defendants Below, | § | |
| Appellees, | § | |
| | § | |
| and | § | |
| | § | |
| CLOVIS HOLDINGS, LLC, | § | |
| | § | |
| Nominal Defendant and | § | |
| Counterclaim Plaintiff Below. | § | |

Submitted: March 15, 2024
Decided: April 29, 2024

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## **ORDER**

After careful consideration of the parties' briefs and the record below, we find

it evident that the judgment of the Court of Chancery should be affirmed on the basis

---

[1] Although the body of the notice of appeal identified only these entities and individuals as appellees in this appeal, the caption of the notice of appeal identified additional entities and individuals as appellees. The appellant later filed a notice of voluntary dismissal as to the additional parties identified in the caption of the notice of appeal. This order therefore includes only the parties against whom the appellant continues to press the appeal.

of and for the reasons stated in the Court of Chancery's Memorandum Opinion dated June 29, 2020; telephonic rulings and order dated November 18, 2020; post-trial Memorandum Opinion dated July 30, 2021; Order Denying Motions for Reargument dated September 17, 2021; telephonic bench ruling dated December 27, 2021; Order dated June 1, 2022; bench ruling and Orders dated December 5, 2022; Order Denying Motions for Reargument dated February 1, 2023; Letter Decision dated April 6, 2023; and Order and Final Judgment dated July 7, 2023.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice